UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY CO., a foreign corporation,

                Plaintiff,

-vs-                                      Case No.  2:10-cv-330-FtM-29SPC

HARBOR SPRINGS CONSTRUCTION AND DEVELOPMENT, LLC, a Florida limited liability company, PETER PLOTKIN, a citizen of California, DIANE McNEEL, a citizen of California,

                Defendants.
_____/

**ORDER**

This matter comes before the Court on Joint Motion for Extension of Assigned Trial Term and Associated Deadlines in Light of Agreement (Doc. #20) filed on September 30, 2010.  The Parties jointly move for an extension of the deadlines in the Case Management and Scheduling Order.  This case is currently set for the trial term beginning July 5, 2011.  As grounds, the Parties assert that Ronald Kammer, lead counsel for Plaintiff, is going to be out of the country on vacation for the month of July 2011.  The Parties agree to move the trial date to the October 3, 2011 trial term.  For good cause shown, and because the Parties are in agreement, the Court will grant the requested extensions.

        Accordingly, it is now

        **ORDERED:**

Joint Motion for Extension of Assigned Trial Term and Associated Deadlines in Light of Agreement (Doc. #20) is **GRANTED**.  The deadlines in this case are amended as follows:

| | |
|---|---|
| **Disclosure of Expert Reports**  Plaintiff:  Defendant:  Rebuttal: | JANUARY 28, 2011  JANUARY 28, 2011  MARCH 1, 2011 |
| **Discovery Deadline** | APRIL 1, 2011 |
| **Mediation**  Deadline:  Mediator:  Address:  Telephone:  **IF NO MEDIATOR IS DESIGNATED HEREIN:**  **The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order.** | JANUARY 14, 2011  James Nulman, Esq.  15880 Summerlin Rd., Suite 300  Fort Myers, FL 33908  239/433-3539  *(mediation is currently scheduled for Jan. 5, 2011)* |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | MAY 3, 2011 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | AUGUST 29, 2011 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | SEPTEMBER 12, 2011 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | SEPTEMBER 12, 2011 |
| **Final Pretrial Conference**  Date:  Time:  Judge: | SEPTEMBER 26, 2011  9:00 A.M.  John E. Steele |
| **Trial Term Begins**  **[Trials Before Magistrate Judges Begin on Date Certain]** | OCTOBER 3, 2011 |
| **Estimated Length of Trial** | 5-7 days |

**All other deadlines remain unchanged**.

**DONE AND ORDERED** at Fort Myers, Florida, this   4th   day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record